IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC CAMP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No. |
| | : | 1:21-cv-01680-SCJ |
| CORE COMMUNITY | : | |
| ORGANIZED RELIEF EFFORT, | : | |
| INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1.    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff Eric Camp

    Defendant Core Community Organized Relief Effort, Inc.

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in, or other interest, which could be substantially affected by the outcome of this particular case:

> None

3.  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

> Charles R. Bridgers
> DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC

> Kevin D. Fitzpatrick, Jr.
> DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC

For Defendants:

> Unknown.

Dated: May 19, 2021

**DELONG, CALDWELL, BRIDGERS, FITZPATRICK, & BENJAMIN, LLC**

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

Counsel for Plaintiff

101 Marietta Street
Suite 2650
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
charlesbridgers@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC CAMP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No. |
| | : | 1:21-cv-01680-SCJ |
| CORE COMMUNITY | : | |
| ORGANIZED RELIEF EFFORT, | : | |
| INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document

with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service

upon all counsel of record.

Dated: May 19, 2021

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791
